IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No. 6:25cr1186 |
| | ) | |
| | ) | 26 U.S.C. § 7202 |
| vs. | ) | |
| | ) | |
| | ) | |
| BENJAMIN EARL JOHNSON, JR. | ) | INDICTMENT |
| | ) | |

The Grand Jury Charges:

1. On or about the date alleged for each count below, in the District of South Carolina, the defendant, BENJAMIN EARL JOHNSON, JR., did willfully fail to truthfully account for and pay over to the Internal Revenue Service all of the federal income taxes withheld and Federal Insurance Contributions Act ("FICA") taxes due and owing to the United States on behalf of Imperial Services Group, Inc. and/or Turner United Investment Organization and its employees, for the tax period alleged for each count below.

2. The allegations of paragraph 1 above are realleged and incorporated in each count below as though full set out therein:

| Count | Tax Period | Date Due |
|---|---|---|
| 1 | 2019 Third Quarter | October 31, 2019 |
| 2 | 2019 Fourth Quarter | January 31, 2020 |
| 3 | 2020 First Quarter | April 30, 2020 |
| 4 | 2020 Second Quarter | July 31, 2020 |
| 5 | 2020 Third Quarter | October 31, 2020 |
| 6 | 2020 Fourth Quarter | January 31, 2021 |
| 7 | 2021 First Quarter | April 30, 2021 |

OCT 14 2025 PM4:28
RCV'D - USDC G'VILLE SC

| 8  | 2021 Second Quarter | July 31, 2021    |
|----|---------------------|------------------|
| 9  | 2021 Third Quarter  | October 31, 2021 |
| 10 | 2021 Fourth Quarter | January 31, 2022 |
| 11 | 2022 First Quarter  | April 30, 2022   |
| 12 | 2022 Second Quarter | July 31, 2022    |
| 13 | 2022 Third Quarter  | October 31, 2022 |
| 14 | 2022 Fourth Quarter | January 31, 2023 |
| 15 | 2023 First Quarter  | April 30, 2023   |
| 16 | 2023 Second Quarter | July 31, 2023    |
| 17 | 2023 Third Quarter  | October 31, 2023 |
| 18 | 2023 Fourth Quarter | January 31, 2024 |

All in violation of Title 26, United States Code, Section 7202.

A \_\_\_TRUE\_\_\_ Bill

REDACTED
FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By:_____
William J. Watkins, Jr. (Fed. ID # 07863)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.: 864-282-2100
Fax: 864-233-3158
Email: bill.watkins@usdoj.gov